IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| WINSTAR COMMUNICATIONS, INC., | : |
| et al., | : Bankruptcy Case No. 01-1430 JB |
| | : |
| Debtors. | : |
| | : |
| CHAPTER 7 TRUSTEE CHRISTINE C. SHUBERT, | : |
| | : |
| | : Adversary No. 03-52527 |
| Plaintiff, | : |
| | : Civil Action No. 04-300 JJF |
| v. | : |
| | : |
| JULIUS KRAFT COMPANY, INC., | : |
| | : |
| Defendant. | : |

### O R D E R

At Wilmington, this 24 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the Motion Of Julius Kraft Company, Inc. For Withdrawal Of The Reference (D.I. 1) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE