IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| WINSTAR COMMUNICATIONS, INC., et al., | : |
| | : Bankruptcy Case No. 01-1430 JB |
| Debtors. | : |
| | : |
| CHAPTER 7 TRUSTEE CHRISTINE C. SHUBERT, | : |
| | : Adversary No. 03-52527 |
| Plaintiff, | : |
| | : Civil Action No. 04-300 JJF |
| v. | : |
| JULIUS KRAFT COMPANY, INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court entered an Order dated March 24, 2005, granting the Motion Of Julius Kraft Company, Inc. For Withdrawal Of The Reference (D.I. 1);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit by no later than **Friday, April 15, 2005**, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

March 24, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE