IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHAPTER 7 TRUSTEE CHRISTINE SHUBERT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-300-JJF |
| | : | |
| JULIUS KRAFT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the Court entered an Order (D.I. 7) requiring the parties to submit a Proposed Rule 16 Scheduling Order by April 4, 2005;

WHEREAS, to date, the Proposed Rule 16 Scheduling Order has not been filed;

NOW THEREFORE, IT IS HEREBY ORDERED this 26 day of July 2005, that the parties shall advise the Court of the status of this action no later than **Tuesday, August 9, 2005.**

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE