

**JONES & ASSOCIATES**
1285 6TH AVENUE SUITE 3500
NEW YORK, NEW YORK 10019
(212) 554-4404

By Facsimile to (302) 573-6451

August 9, 2005

Judge Joseph J. Farnan Jr.
U.S. District Court
J. Caleb Boggs Federal Building
Room 4124
Wilmington, DE 19801

Re: Christine C. Shubert v. Julius Kraft Company, Inc., 04-cv-00300 (JJF)

Dear Judge Farnan:

I represent the defendant Julius Kraft in the above captioned case.

On March 24, 2005, your Honor granted defendant's motion to withdraw the reference in this case.

On March 24, 2005, your Honor also entered an order directing the parties to submit a scheduling order in this case. I did not receive a copy of this order by regular mail. I do not know if notice was sent electronically due to a computer crash that resulted in the loss of some emails received in March 2005. A search of our records has not revealed any contact from the plaintiff after March 24, 2005.

On July 26, 2005, your Honor directed that the parties inform the court as to the status of this case. I first reviewed the order, which I received by regular mail, today upon my return from vacation. I have not been contacted by the Plaintiff. I have left today an email message for the Plaintiff to contact me regarding this case.

For the above reasons, I am requesting an extension to September 9, 2005 to submit a scheduling order in this case.

Respectfully,

/s/ Roland Gary Jones

Roland Gary Jones (rgj-6902)

Copy: Via Email to counsel for plaintiff