UNITED STATES DISTRICT COURT
District of Delaware

---

IN RE

WINSTAR COMMUNICATIONS, INC., et al.

    DEBTORS.

Chapter 11

Bankruptcy Case No. 01-1430 JB

---

CHAPTER 7 TRUSTEE CHRISTINE C. SHUBERT,

    PLAINTIFF,

-AGAINST-

JULIUS KRAFT COMPANY, INC.,

    DEFENDANT.

AP No.:  03-52527
Civil Action No. 04-300 JJF

---

## NOTICE OF APPEARANCE OF COUNSEL

Ronald J. Drescher and Roland Gary Jones hereby enter their appearance in the above captioned adversary proceeding as counsel to the Defendant Julius Kraft Company, Inc. The attorneys' name, office address, telephone number, email address and fax numbers are:

| | |
|---|---|
| Ronald J. Drescher | Roland Gary Jones |
| Drescher & Associates, P.A. | Jones & Associates LLC |
| 4 Reservoir Circle | 1285 Sixth Avenue |
| Suite 107 | 35th Floor |
| Baltimore, MD 21208 | New York, NY 10019 |
| (410) 484-9000 | (212) 554-4404 |
| (410) 484-8120 (Fax) | Fax: (212) 202-4416 |
| Email: ecf@drescherlaw.com | Email: rgj@rolandjones.com |

Julius Kraft Company, Inc. requests that copies of all notices required by the Federal Rules of Civil Procedure, be given to it by service upon its attorneys at the address shown above. The foregoing request includes all of the notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Civil Procedure, and the Local Rules and also includes, without limitation, notices of any hearings orders, pleadings, motions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which should be sent to its attorney at the address shown above.

*/s/Ronald J. Drescher*
Ronald J. Drescher, Esq., DE SBN 4087
Drescher & Associates, P.A.
Suite 107
4 Reservoir Circle
Baltimore, MD 21208
(410) 484-9000
Fax: (410) 484-8120

Attorney for Defendant