IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE C. SHUBERT, as Chapter 7 Trustee for the estate of WINSTAR COMMUNICATIONS, INC., et al., | : : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-300-JJF : |
| JULIUS KRAFT COMPANY, | : : |
| Defendant. | : |

**ORDER**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on September 15, 2005 in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Tuesday, February 7, 2006 at 10:30 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

October 26, 2005
DATE

UNITED STATES DISTRICT JUDGE