IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE C. SHUBERT, as Chapter 7 Trustee for the estate of WINSTAR COMMUNICATIONS, INC., et al., | : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 04-300-JJF <br> : |
| JULIUS KRAFT COMPANY, | : <br> : |
| Defendant. | : |

## O R D E R

WHEREAS, a Pretrial Conference has been set in this matter for February 7, 2006;

WHEREAS, there has been no docket activity by the parties since the notice of entry of appearance on behalf of the Defendant which was filed on September 20, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall advise the Court of the status of this matter by **February 1, 2006**.

January 25, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE