# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Sheldon K. Rennie
Direct Dial: (302) 622-4202
Internet Address: srennie@foxrothschild.com

February 7, 2006

***Via Electronic Filing and Hand Delivery***
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street - Lockbox 18
Wilmington, DE 19801

    Re:    ***Christine C. Shubert, as Chapter 7 Trustee for the Estate of Winstar Communications, Inc. et al v. Julius Kraft Company, Inc.* Civil Action No. 04-300-JJF**

Dear Judge Farnan:

    This firm is co-counsel for Christine C. Shubert (the "Trustee"), Chapter 7 Trustee for the estate of Winstar Communications, Inc., the plaintiff in the above-referenced case. Counsel for the Trustee has been advised by Roland Jones Esq., counsel to Julius Kraft Company, Inc. ("JKCI") that JKCI is out of business and will not defend against the above-referenced litigation brought by the Trustee. Accordingly, there will not be a contested trial on the merits as previously disclosed in the Status Report filed by the Trustee on February 1, 2006, and the Trustee will not be submitting a Pretrial Statement at this time.

    If counsel for the defendant does not consent to a default judgment, the Trustee will be moving for default judgment against JKCI in the near future.

    If Your Honor has any questions or still requests that the parties appear for a status conference, I am available at the Court's discretion.

                                                Respectfully,

                                               Sheldon K. Rennie (#3772)

SKR/mlr

cc:    Roland Gary Jones, Esquire
        Ronald J. Drescher, Esquire
        Michael Messersmith, Esquire