IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS, INC., et al.,<br><br>　　　　Debtor. | CHAPTER 7<br><br>CASE NO. 01-01430 (KJC)<br>(Jointly Administered) |
| CHRISTINE C. SHUBERT,<br>as Chapter 7 Trustee for the estate of<br>WINSTAR COMMUNICATIONS, INC., et al.,<br><br>　　　　Plaintiff,<br>　v.<br><br>JULIUS KRAFT CO., INC.,<br><br>　　　　Defendant. | ADVERSARY NO. 03-52527<br><br>DISTRICT COURT NO. 04-300-JJF |

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Christine C. Shubert, Chapter 7 Trustee for the estate of Winstar Communications, Inc., et al., and defendant Julius Kraft Co., Inc. hereby stipulate to the voluntary dismissal, with prejudice, of the complaint to avoid and recover transfers in the above captioned adversary proceeding. Each party is to bear its own costs and expenses.

**[SIGNATURES ON FOLLOWING PAGE]**

Dated: 3-12-07

FOX ROTHSCHILD LLP

*/s/ Seth Niederman*

Sheldon K. Rennie, Esquire (No. 3772)
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801-3046
(302) 654-7444
sniederman@foxrothschild.com

and

KAYE SCHOLER LLP
Richard G. Smolev, Esquire
Nicolas J. Cremona, Esquire
425 Park Avenue
New York, New York 10022
(212) 836-8000

Attorneys for Christine C. Shubert,
Chapter 7 trustee for Winstar
Communications, Inc., et al.

Dated: 3-9-07

DRESCHER & ASSOCIATES, P.A.

*/s/*

Ronald J. Drescher (No. 4087)
4 Reservoir Circle, Suite 107
Baltimore, Maryland 21208
(410) 484-9000
ecf@drescherlaw.com

and

JONES & ASSOCIATES LLC
Roland Gary Jones, Esquire
1285 6th Avenue, Suite 3500,
New York, NY 10019

Attorneys for Julius Kraft Co., Inc.